# United States Court of Appeals
## For the First Circuit

No. 13-1772

EDNA MARTÍNEZ-RIVERA, on her own behalf and on behalf of her
minor child, RCM; LYDIA RIVERA-O'FARRIL; LYDIA MARTÍNEZ-RIVERA,

Plaintiffs, Appellants,

v.

COMMONWEALTH OF PUERTO RICO; DEPARTMENT OF JUSTICE OF PUERTO
RICO; DEPARTMENT OF LABOR AND HUMAN RESOURCES OF PUERTO RICO;
VOCATIONAL REHABILITATION ADMINISTRATION; NYDIA COLÓN-ZAYAS,
MYRNA CAMBRELEN, JUAN ORTIZ-ORTIZ, ENRIQUE DEL CUETO-PÉREZ, all
in their official and personal capacities,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued January 29, 2016, is
amended as follows:

On page 2, footnote 1, line 1, change "parties
plaintiffs" to "parties plaintiff"

On page 21, line 8, change "Martínez's" to "Martínez"